# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

GREG JACOBI,

        Plaintiff(s),

v.

CHARLES W. ERGEN, et al.,

        Defendant(s).

2:12-CV-2075 JCM (GWF)

## ORDER

Presently before the court is defendants' motion for a status check. (Doc. # 26). Plaintiff has filed a response. (Doc. # 28).

The parties recently stipulated to consolidate *Chester County Employees' Retirement Fund v. Ergen et al*, case number 2:13-cv-00325, with the instant case. This case has become the base case.

Both cases involve shareholder derivative suits. Defendants request a status check to resolve certain issues and to determine the best way to proceed forward in light of the consolidation of the two cases. A status check will be held on Friday, **May 3, 2013, at 10:00 AM** in courtroom 6A before Judge James C. Mahan.[1]

---

[1] Plaintiff has pro hac vice attorneys. Since this hearing does not concern a dispositive motion, the pro hac vice attorneys may appear telephonically.

**James C. Mahan**
**U.S. District Judge**

1  Accordingly,

2  IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendants' motion for a

3  status check (doc. # 26) be, and the same hereby, is GRANTED consistent with the foregoing.

4  DATED April 30, 2013.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**