John P. Aldrich, Esq. (SBN #6877)
**ALDRICH LAW FIRM, LTD.**
1601 S. Rainbow Blvd., Suite 160
Las Vegas, Nevada 89146
Telephone: (702) 853-5490
Facsimile: (702) 227-1975
jaldrich@johnaldrichlawfirm.com

Eduard Korinsky, Esq. *(admitted pro hac)*
Steven J. Purcell, Esq. *(admitted pro hac)*
**LEVI & KORSINSKY LLP**
30 Broad Street, 24th Floor
New York, New York 10004
Telephone: (212) 363-7500
Facsimile: (212) 363-7171
spurcell@zlk.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GREG JACOBI, derivatively on behalf of nominal defendant ECHOSTAR CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>CHARLES W. ERGEN, MICHAEL T. DUGAN, R. STANTON DODGE, ANTHONY M. FREDERICO, PRADMAN P. KAUL, TOM A. ORTOLF, C. MICHAEL SCHROEDER, JOSEPH P. CLAYTON and DAVID K. MOSKOWITZ,<br><br>Defendants,<br><br>and<br><br>ECHOSTAR CORPORATION,<br><br>Nominal Defendant. | CASE NO. 2:12-CV-02075-JAD-GWF<br><br>**STIPULATION AND ORDER TO EXTEND RESPONSE DEADLINES TO DEFENDANTS' MOTION TO DISMISS THE AMENDED VERIFIED SHAREHOLDER DERIVATIVE COMPLAINT**<br>*(First Request)* |

Pursuant to Local Rules 6-1 and 7-1, Plaintiff Greg Jacobi ("Plaintiff"), by and through his counsel of record, and Defendants Echostar Corporation, Charles W. Ergen, Michael T. Dugan, R. Stanton Dodge, Tom A. Ortolf, C. Michael Schroeder, Joseph P. Clayton and David K. Moskowitz (collectively "Defendants"), by and through their counsel of record, hereby stipulate and agree, subject to the Court's approval, that the time for Plaintiff to file a Response to Defendants' Motion to Dismiss

the Amended Verified Shareholder Derivative Complaint ("Motion to Dismiss") shall be extended as set forth below, and in support thereof state as follows:

1. Defendants filed a Motion to Dismiss (Doc. No. 50) on May 7, 2015;

2. Plaintiff's Response to Defendants' Motion to Dismiss is currently due on May 26, 2015;

3. The parties agree that Plaintiff shall have until May 29, 2015 to file his Response to Defendants' Motion to Dismiss;

4. The parties agree that Defendants shall have until June 12, 2015 to file their Reply to Defendants' Motion to Dismiss;

5. This stipulation is made in good faith and is not sought for delay or any improper purpose; and

6. This is the parties' first request for an extension of time.

WHEREFORE, the parties hereby stipulate and respectfully request that the Court enter an Order extending the time for Plaintiff to file his Response to Defendants' Motion to Dismiss to May 29, 2015 and extending the time for Defendants to file their Reply to Defendants' Motion to Dismiss to June 12, 2015.

Dated this 26th day of May, 2015.

| ALDRICH LAW FIRM, LTD. | BROWNSTEIN HYATT FARBER SCHRECK |
|---|---|
| /s/ John P. Aldrich<br>John P. Aldrich, Esq. (SBN #6877)<br>1601 S. Rainbow Blvd., Suite 160<br>Las Vegas, Nevada 89146<br>Telephone: (702) 853-5490<br>Facsimile: (702) 227-1975<br>*Attorneys for Plaintiff* | /s/ Jeffrey S. Rugg<br>Jeffrey S. Rugg, Esq. (SBN #10978)<br>100 North City Parkway, Suite 1600<br>Las Vegas, Nevada 89106<br>Telephone: (702) 382-2101<br>Facsimile: (702) 382-8135<br>*Attorneys for Defendants* |

**ORDER**

IT IS SO ORDERED.

Dated: May 26, 2015.

_____
UNITED STATES DISTRICT JUDGE