AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Greg Jacobi,

Plaintiff,

V.

Charles W. Ergen, et al.,

Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:12-cv-02075-JAD-GWF

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that the complaint is DISMISSED under FRCP 23.1 for failure to file a pre-suit demand or sufficiently plead demand futility. Judgment is entered in favor of the Defendants and against the Plaintiff.

March 17, 2016

Date

/s/ Lance S. Wilson

Clerk

/s/ TR

(By) Deputy Clerk