**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

OCT 10 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| GREG JACOBI, derivatively on behalf of EchoStar Corporation,<br><br>          Plaintiff-Appellant,<br><br> v.<br><br>CHARLES W. ERGEN; MICHAEL T. DUGAN; R. STANTON DODGE; TOM A. ORTOLF; C. MICHAEL SCHROEDER; JOSEPH P. CLAYTON; DAVID K. MOSKOWITZ,<br><br>          Defendants-Appellees. | No.   16-15695<br><br>D.C. No.<br>2:12 cv-2075-JAD<br>D Nev., Las Vegas<br><br><br>ORDER |

Before:    O'SCANNLAIN, TASHIMA, and BYBEE, Circuit Judges.

The stipulated motion to voluntarily dismiss appeal [ecf Dkt #33] is granted, Fed. R. App. P. 42(b), and this appeal is **DISMISSED.**  Each party shall bear his or its own costs on appeal.

A copy of this Order shall serve as the mandate.