# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Greg Jacobi,<br><br>　　　　　Plaintiff-Appellant,<br>vs.<br><br>Charles W. Ergen, et al.,<br><br>　　　　　Defendants-Appellees. | District No.　2:12-cv-02075-JAD-GWF<br><br>U.S.C.A. No.　16-15695 |

## ORDER ON MANDATE

　　　The above-entitled cause having been before the United States Court of Appeals for the Ninth Circuit, and the Court of Appeals having on 10/10/2017 , issued its mandate that the appeal(s) is/are DISMISSED. The Court being fully advised in the premises, NOW, THEREFORE, IT IS ORDERED that the mandate be spread upon the records of this Court.

Dated: October 17, 2017.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　Jennifer A. Dorsey
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge